IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SHELBY OGOLI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-435-L-BT** |
| | § | |
| **CHILDREN'S MEDICAL CENTER;** | § | |
| **DELITRA HOUSTON; KAREN** | § | |
| **NORTON; and DARCY WESSINGER** | § | |
| **MITCHELL,** | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 15) was entered on January 29, 2021. The Report recommends that Plaintiff's remaining claims against Delitra Houston, Karen Norton, and Darcy Wessinger Mitchell be dismissed without prejudice for failure to prosecute and comply with a court order under Federal Rule of Civil Procedure 41(b). The claims against Children's Medical Center were dismissed with prejudice by agreement by separate order, dated November 17, 2020. No objections to the Report were filed as of the date of this order, and the time to do so has passed.

Having considered the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** Plaintiff's remaining claims against Delitra Houston, Karen Norton, and Darcy Wessinger Mitchell, pursuant to Rule 41(b), for failure to prosecute and comply with a court order.

**Order – Page 1**

**It is so ordered** this 25th day of March, 2021.

Sam A. Lindsay
United States District Judge